

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2014

No. 04-12-00864-CV

Armando **BENAVIDES,**
Appellant

v.

Anselmo **BENAVIDES,** Antonio Benavides, and A.T. Trucking, LLP,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-03-44411
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Sitting:    Catherine Stone, Chief Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

Appellant's opposed motion for extension of time to file motion for rehearing and/or motion for reconsideration is hereby GRANTED. Time is extended to February 12, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court